14 P.3d 997

Thomas ROBERTSON, an unmarried
man, Plaintiff/Appellant,

v.

MOTOR CARGO, INC., a Utah cor-
poration, Defendant/Appellee.

No. CV–00–0057–PR.

Supreme Court of Arizona.

Dec. 18, 2000.

## ORDER

After hearing oral argument and consider-
ing further the pleadings filed, it appears to
the Court that the grant of review in this
case was improvident. Therefore,

IT IS ORDERED that the order granting
review is vacated.

IT IS FURTHER ORDERED that the
Petition for Review is dismissed.

IT IS FURTHER ORDERED that the
Court of Appeals Opinion shall be depubl-
ished, pursuant to Rule 111(g), Arizona Rules
of the Supreme Court.